JANE WILSON et al., Respondents, *v.* THOMAS A. NEVINS, Appellant.

*Wilson* v. *Nevins*, 142 App. Div. 932, affirmed.
(Submitted May 24, 1912; decided June 11, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 7, 1911, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict in an action to recover for goods alleged to have been sold and delivered to defendant's wife.

*Louis T. Noonan* for appellant.

*Godfrey Goldmark* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.